KERR STEAMSHIP COMPANY, INC., Respondent, v. AUDITORE STEAMSHIP LINE, INC., and FRANK AUDITORE, Appellants. (Appeal No. 1.) — Order modified by giving to defendants permission to amend their answer as to the alleged counterclaim which seeks a reformation of the contract, upon payment of the costs of the action within twenty days after the entry of the order herein, and as so modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

the law and the facts, with ten dollars costs and disbursements, and motion granted to set aside the notice for the examination except as to subjects of examination specified in said notice and numbered 3, 8 and 9, with ten dollars costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.